**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| TOMIKA HINDSON,  ) | |
|  ) | |
|     Plaintiff,  ) | Case No. 4:25-cv-476-SHL-WPK |
|  ) | |
| v.  ) | |
|  ) | **JOINT STIPULATION OF DISMISSAL** |
|  ) | **WITH PREJUDICE** |
| CLARITY SERVICES, INC.,  ) | |
|  ) | |
|     Defendant.  ) | |
|  ) | |

IT IS HEREBY AGREED AND STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and between pro se Plaintiff Tomika Hindson and Defendant Clarity Services, Inc., through undersigned counsel, that the above-captioned lawsuit, together with all claims and causes of action asserted therein, shall be dismissed with prejudice, with each of the parties to bear their respective attorney's fees and costs. Accordingly, the Court may immediately enter an Order dismissing the above-captioned lawsuit with prejudice.

Dated: May 5, 2026

WEINHARDT & LANTZ, P.C.

By: /s/ Tomika Hindson
    Tomika Hindson
    P.O. Box 3754
    Urbandale, IA 50323
    hindson.tomika74@yahoo.com

PLAINTIFF APPEARING PRO SE

By: /s/ Kyle J. Essley
    Kyle J. Essley                    AT0015054
    2600 Grand Avenue, Suite 450
    Des Moines, IA  50312
    Telephone: (515) 244-3100
    kessley@weinhardtlantz.com

TROUTMAN PEPPER LOCKE LLP
James K. Trefil*         (VA Bar No. 36358)
Noland Butler*         (VA Bar No. 98127)
1001 Haxall Point, 15th Floor
Richmond, VA 23219
Telephone: (804) 697-1200
james.trefil@troutman.com
noland.butler@troutman.com

ATTORNEYS FOR DEFENDANT
CLARITY SERVICES, INC.

*_Admitted pro hac vice_


## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2026, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system, and served a true and correct copy via U.S.

Mail and email upon the pro se Plaintiff:

Tomika Hindson
P.O. Box 3754
Urbandale, Iowa 50323
Hindson.tomika74@yahoo.com


/s/ Kyle J. Essley
Kyle J. Essley

2